**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RICHARD DALE ROBINS, JR.
ADC #106064                                                                                      PLAINTIFF

V.                                              5:07CV00264 JMM/JTR

WILLIAM F. STRAUGHN,
Assistant Warden, Cummins Unit, et al.                                       DEFENDANTS


**ORDER**

        The Court has reviewed the Proposed Findings and Recommended  Disposition submitted

by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful

review, the Court concludes that the Proposed Findings and Recommended Disposition should

be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

        IT IS THEREFORE ORDERED THAT:

        1.        Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is

DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be

granted.

        2.        Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. §

1915(g).

        3.        The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this Order and the accompanying Judgment would not be taken in good

faith.

        Dated this 26th day of November, 2007.


                                                                _____
                                                                UNITED STATES DISTRICT JUDGE