IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD DALE ROBINS, JR.
ADC #106064                                                                                          PLAINTIFF

V.                                            5:07CV00264 JMM/JTR

WILLIAM F. STRAUGHN,
Assistant Warden, Cummins Unit, et al.                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Dismissal of this action constitutes a "strike" as defined by 28 U.S.C. § 1915(g). Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 26th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE